**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)*: _____    Chapter  **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | High Brass Farm Land Holdings LLC |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 26-2022446 |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>68 Sky Manor Road<br>Pittstown, NJ 08867<br>Number, Street, City, State & ZIP Code<br><br>Hunterdon<br>County | **Mailing address, if different from principal place of business**<br><br>68 Sky Manor Road<br>Post Office Box 656<br>Pittstown, NJ 08867<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **High Brass Farm Land Holdings LLC**_____  Case number (*if known*)_____
      Name

7. Describe debtor's business

   A. *Check one:*
   - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [x] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [ ] None of the above

   B. *Check all that apply*
   - [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
   - [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - [ ] Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

8. Under which chapter of the Bankruptcy Code is the debtor filing?

   *Check one:*
   - [ ] Chapter 7
   - [ ] Chapter 9
   - [x] Chapter 11. *Check all that apply*:
     - [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
     - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - [ ] A plan is being filed with this petition.
     - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - [ ] Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

   - [x] No.
   - [ ] Yes.

   If more than 2 cases, attach a separate list.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

    - [x] No
    - [ ] Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____  Relationship _____
    District _____  When _____  Case number, if known _____

Debtor  **High Brass Farm Land Holdings LLC** _____  Case number (*if known*) _____
        Name

| 11. | Why is the case filed in *this district?* | Check all that apply: |
|---|---|---|
| | | [✓] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | [✓] No |
|---|---|---|
| | | [ ] Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

Why does the property need immediate attention? (*Check all that apply.*)

[ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

[ ] It needs to be physically secured or protected from the weather.

[ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

[ ] Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
[ ] No
[ ] Yes.  Insurance agency _____
          Contact name _____
          Phone _____

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | Check one: |
|---|---|---|
| | | [✓] Funds will be available for distribution to unsecured creditors. |
| | | [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | [✓] 1-49<br>[ ] 50-99<br>[ ] 100-199<br>[ ] 200-999 | [ ] 1,000-5,000<br>[ ] 5001-10,000<br>[ ] 10,001-25,000 | [ ] 25,001-50,000<br>[ ] 50,001-100,000<br>[ ] More than 100,000 |
|---|---|---|---|---|

| 15. | Estimated Assets | [ ] $0 - $50,000<br>[ ] $50,001 - $100,000<br>[ ] $100,001 - $500,000<br>[ ] $500,001 - $1 million | [✓] $1,000,001 - $10 million<br>[ ] $10,000,001 - $50 million<br>[ ] $50,000,001 - $100 million<br>[ ] $100,000,001 - $500 million | [ ] $500,000,001 - $1 billion<br>[ ] $1,000,000,001 - $10 billion<br>[ ] $10,000,000,001 - $50 billion<br>[ ] More than $50 billion |
|---|---|---|---|---|

| 16. | Estimated liabilities | [ ] $0 - $50,000<br>[ ] $50,001 - $100,000<br>[ ] $100,001 - $500,000<br>[ ] $500,001 - $1 million | [✓] $1,000,001 - $10 million<br>[ ] $10,000,001 - $50 million<br>[ ] $50,000,001 - $100 million<br>[ ] $100,000,001 - $500 million | [ ] $500,000,001 - $1 billion<br>[ ] $1,000,000,001 - $10 billion<br>[ ] $10,000,000,001 - $50 billion<br>[ ] More than $50 billion |
|---|---|---|---|---|

Debtor   High Brass Farm Land Holdings LLC                              Case number (if known)
         Name

▓▓▓ Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 5, 2019
              MM / DD / YYYY

X _____          Michael J. Merbler
Signature of authorized representative of debtor    Printed name

Title   Member of LLC

**18. Signature of attorney**

X _____          Date  August 5, 2019
Signature of attorney for debtor                    MM / DD / YYYY

Edmond M. George, Esquire 038771988
Printed name

Obermayer Rebmann Maxwell & Hippel LLP
Firm name

1120 Route 73, Suite 420
Mount Laurel, NJ 08054
Number, Street, City, State & ZIP Code

Contact phone  215-665-3140       Email address  edmond.george@obermayer.com

038771988 NJ
Bar number and State

## CERTIFICATE OF RESOLUTIONS OF THE
## BOARD OF MANAGERS OF HIGH BRASS FARM LAND HOLDINGS LLC

High Brass Farm Land Holdings LLC, a New Jersey Limited Liability Company (the "Company"), by its members Michael J. Merbler and Elizabeth Perry-Merbler, hereby certify that the board of managers of the Company make the following resolutions and that said resolutions were duly adopted in accordance with the requirements of the laws of the State of New Jersey and that said resolutions have not been modified or rescinded, and are still in full force and effect on the date hereof:

RESOLVED, that in the judgment of the board of managers, it is desirable and in the best interests of the Company, its members, creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (as amended, the "Bankruptcy Code"); and it is

FURTHER RESOLVED that the managing member of the Company be and each hereby is authorized and directed to take any and all further action and to execute and deliver any and all such further instruments and documents, including to pay all such expenses (subject to Bankruptcy Court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolution adopted herein; and it is

FURTHER RESOLVED, that the firm of Obermayer Rebmann Maxwell & Hippel LLP be, and hereby is, employed as general bankruptcy counsel for the Company under an advance fee retainer in the amount of $30,000.00 in connection with the prosecution of the Company's case under Chapter 11 of the Bankruptcy Code.

In witness hereof I have hereunto set my hand this  6   day of August, 2019.

_____
Michael J. Merbler, Member

In witness hereof I have hereunto set my hand this  6   day of August, 2019.

_____
Elizabeth Perry-Merbler, Member

4843-0236-1502